**WSGR Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

January 12, 2017

**VIA CM/ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 706
New York, New York 10007

> Re: Request for Extension of Time to Answer the First Amended Complaint
> *Lopez v. BigCommerce, Inc. and Google Inc.*, **No. 1:16-cv-08970-JPO**

Dear Judge Oetken:

We write in response to Plaintiff's January 11, 2017 letter opposing Google Inc.'s ("Google") request for an extension of time to answer the First Amended Complaint, Dkt. 9. We ordinarily would not respond to the kind of rhetoric contained in Plaintiff's letter. But because Plaintiff (who is *pro se*) falsely accuses Google's counsel of "attempt[ing] to deceive Your Honor and the Court by knowingly making disingenuous and patently false representations," we write simply to provide the Court with the correspondence that we accurately described in our January 10, 2017 letter. *See* Ex. 1. We respectfully ask that the Court grant Google's extension and hope that Plaintiff will be more cooperative going forward. *Cf.* Local Civil Rule 26.4.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Brian M. Willen*
Brian M. Willen

*Counsel for Defendant Google Inc.*

CC: Robert G. Lopez, *pro se* (via U.S. Mail and Email)