UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT G. LOPEZ

Fill in above the full name of each plaintiff or petitioner.

Case No. 16 CV 8970

-against-

BIGCOMMERCE, INC., GOOGLE, INC.,
WILSON SONSINI GOODRICH &
ROSATI, PC, AND BRIAN M.
WILLEN

Fill in above the full name of each defendant or
respondent.

RECEIVED JAN 1 3 2017 PRO SE OFFICE

## DECLARATION

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's
Motion for Summary Judgment."

I, ROBERT G. LOPEZ, declare under penalty of perjury that the

following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court
order. You may also refer to and attach any relevant documents.

PLAINTIFF RESPECTFULLY REQUEST PERMISSION
TO FILE A SECOND AMENDED COMPLAINT, AN

Attach additional pages and documents if necessary.

1/13/17

Executed on (date)

Signature

ROBEM G. LOPEZ

Name

Prison Identification # (if incarcerated)

230 CLINTON ST NY NY 10007

Address          City          State          Zip Code

LESCLOTHING@GMAIL.COM

Telephone Number (if available)          E-mail Address (if available)